NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIXTO DELA CRUZ,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3165

---

Petition for review of the Merit Systems Protection Board in case no. SF0831090823-I-1.

---

## ON MOTION

---

## O R D E R

Sixto Dela Cruz moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 5 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Sixto Dela Cruz
     J. Hunter Bennett, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 5 2010

JAN HORBALY
CLERK